# UNITED STATES DISTRICT COURT
## for the
### District of Rhode Island

Amanda Perez (AKA) Amanda Azurdia
Plaintiff(s)

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Defendant(s)

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

**RECEIVED**
APR -4 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Amanda Perez (AKA) Amanda Azurdia
Street Address: 11 Gray St
City and County: Providence
State and Zip Code: RI 02909
Telephone Number: 401 2575193
E-mail Address: amandaazaro@gmail.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**
- Name: Citizens Bank f/k/a RBS Citizens N.A s/b/m Citizens Bank of Rhode Isla a brand name of Citizens bank N.A.
- Job or Title (if known):
- Street Address: 1056 telegraph Road glen allen
- City and County:
- State and Zip Code: VA 23059  P.O. Box 42002 providence
- Telephone Number: RI 02940-2002
- E-mail Address (if known):

**Defendant No. 2**
- Name: Apha Holdings, LLC & Walter King Enterprises LLC (aka) Alpha Holdings
- Job or Title (if known): RI property wire
- Street Address: 628 George Washington
- City and County: Highway Lincoln RI 02865
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**
- Name: Specialized Loan Service
- Job or Title (if known): 6200 S. Quebec St
- Street Address: Greenwood Village
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**
- Name: Act Lending Corporation D/B/A Act Mortgage Capital
- Job or Title (if known):
- Street Address: 481 Sawgrass Corporate
- City and County: parkway 33325 Sunrise
- State and Zip Code: Florida
- Telephone Number:
- E-mail Address (if known):

See Attachment →

Page 2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

**Defendant No. 1**

Name: GMAC mortgage

Job or Title (if known):

Street Address: Waterloo IA 50704-4622

City and County: PO BOX 4622

State and Zip Code:

Telephone Number:

E-mail Address (if known):

**Defendant No. 2**

Name: America's Servicing Co.

Job or Title (if known):

Street Address: 50306-0388 Des Moines, AI

City and County: PO Box 10388

State and Zip Code:

Telephone Number:

E-mail Address (if known):

**Defendant No. 3**

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

**Defendant No. 4**

Name:

Job or Title (if known):

Street Address:

City and County:

State and Zip Code:

Telephone Number:

E-mail Address (if known):

Page 2 of 5

U.S. District Court
District of Rhode Island (providence)
CIVIL DOCKET FOR CASE #:

Plaintiff
Amanda Perez (aka)
Amanda Azurdia                    represented by Amanda Perez (aka) Azurdia
                                                    11 gray st
                                                    Providence. RI 02909
                                                    401-257-5193

Defendants                         a brand name of citizens bank N.A.
Citizens Bank                      10561 Telegraph ROAD GLEN ALLEN
f/k/a RBS Citizens                 VA, 23059  P.O.Box 42002 Providence,
N.A.,s/b/m Citizens                RI 02940-2002
Bank of RHODE ISLAND

Defendants
ALPHA Holdings,
LLC& Walter king Enterprises LLC
(aka) Alpha Holdings & RI Property Wire

                              Respectfully submitted
                                  PLAINTIFF.

Defendants

| | |
|---|---|
| Citizens Bank f/k/a RBS CITIZENS N.A., s/b/m CITIZENS BANK OF RHODE ISLAND | a brand name of citizens bank N.A. 10561 Telegraph road glen allen VA 23059 P.O.BOX 42002 Providence RI 02940-2002 |
| Apha Holdings, LLC & Walter King Enterprises LLC (aka) Alpha Holdings & RI PROPERTY WIRE | 628 George Washington Highway Lincoln RI, 02865 |
| Specialized Loan service | 6200 S. Quebec st Greenwood Village |
| Act Lending corporation D/B/A Act Mortgage capital | 481 Sawgrass Corporate Parkway 33325 Sunrise Florida |
| GMAC Mortgage | WATERIOO IA 50704-4622 PO BOX 4622 |
| AMERICA'S SERVICING CO. | 50306-0388 DES MOINES, AI PO BOX 10388 |

Plaintiff
Amanda Perez (aka) Azurdia     represented by Amanda perez (aka) Azurdia
                                             11 gray st
                                             Providence. RI 02909
                                             401-257-5193

PLAINTIFF'S COMPLAINT FOR SUMMARY JUDGEMENT.

The plaintiff Amanda Perez AKA Amanda Azurdia moves this honorable court to enter a judgment for unlawful foreclosure on the property at 11 Gray street . By the (Defendant ) Citizens Bank, f/k/a RBS CITIZENS BANK OF RHODE ISLAND. The Plaintiff Amanda Perez aka Amanda Azurdia was never properly informed of the foreclosure nor was she ever brought to court on this matter and the only time she received any letters it was to inform her that the sale was to be held on Dec,16 at 12:00 year of 2022, also on the matter there was mail received by the neighbor, and was never informed by the set neighbor till the day of sale. To my knowledge this matter was closed because in november,7 2006 I refinanced the property and payed the line of credit in full on the property and paid off the mortgage to citizens bank I was told the line of credit was paid and closed which wasn't the case the line of credit was kept open and completely spent in full. For years I tried to get information on this account and was denied any information but the account was kept open till this year when it was foreclosed on by Citizen Bank and bought by (Defendant)Alpha Holdings, LLC & Walter King Enterprises, LLC /Alpha Holdings LLC & RI Wire. Who have proceeded to harass me and my tenants. They have visited my home numerous times and have by different saw called owners of my property who have gone so far as to place a dumpster on my property in such a manner that it makes it difficult for me and my tenants to exit or enter set property. The mortgage on set property is still being played by me and currently up to date which is currently held by. (Defendant) Specialized Loan Servicing who also include my state taxes in set mortgage. I have contacted numerous times to ask if there was any foreclosure on my mortgage to which they answer no and because they hold

the first mortgage they have also informed me that. They would also have to be paid off in order to obtain my property.Involved are also (Defendants) GMAC MORTGAGE and (Defendant)Act Lending Corporation D/B/A Act Mortgage Capital who seem to hold the mortgage at the same time in three separate amounts on the same loan number and date. And (Defendant) ASC American Servicing Company. I have also tried to get help from legal services and was sent on a set of hoops loops only to get nothing acompleshed on the matter of all this. I respectfully ask the court to please Help me in this matter for I have tried to find someone to help with no action to be had anywere.

# CERTIFICATE OF SERVICE

I, Amanda Perez (aka) Azurdia, hereby certify that on April 4, 2023, I electronically filed the foregoing documents:

1. Plaintiff's complaint for summary Judgment

With the Clerk of Court using the electronic filing system which will send notification of such filing to all registered electronic filing participants. I also certify that on the same date, I caused the mailing of the document by united states postal service, via first class mail, postage prepaid, to the following:

CITIZENS
A BRAND NAME OF CITIZENS BANK. N.A.
P.O. BOX 6260
GLEN ALLEN , VA 23058-6260
(800) 234-6002

Alpha Holdings LLC & Walter king enterprises
( aka )Alpha holdings & RI PROPERTY WIRE

628 George Washington Highway Lincoln RI,02865

Defendants

| | |
|---|---|
| Citizens Bank f/k/a RBS CITIZENS N.A., s/b/m CITIZENS BANK OF RHODE ISLAND | a brand name of citizens bank N.A. 10561 Telegraph road glen allen VA 23059 P.O.BOX 42002 Providence RI 02940-2002 |
| Apha Holdings, LLC & Walter King Enterprises LLC (aka) Alpha Holdings & RI PROPERTY WIRE | 628 George Washington Highway Lincoln RI, 02865 |
| Specialized Loan service | 6200 S. Quebec st Greenwood Village |
| Act Lending corporation D/B/A Act Mortgage capital | 481 Sawgrass Corporate Parkway 33325 Sunrise Florida |
| GMAC Mortgage | WATERlOO IA 50704-4622 PO BOX 4622 |
| AMERICA'S SERVICING CO. | 50306-0388 DES MOINES, AI PO BOX 10388 |