# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**AMANDA PEREZ,**
    **Plaintiff,**

    **v.**                                        **C.A. No. 23-137 JJM**

**CITIZENS BANK, et al.,**
    **Defendants.**

## <u>JUDGMENT</u>

**[   ]** Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[ **X** ]  Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters pursuant to the Text Order entered on January 9, 2024 by this Court.


                                      Enter:


                                      <u>/s/ Ryan H. Jackson</u>
                                      Deputy Clerk


Dated: January 9th, 2024